UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Fisher-Barton Blades, Inc.,

        Plaintiff,

v.

Blount, Inc., Dixon Industries, Inc.,
Frederick Manufacturing Corp.,

        Defendant.

Case No. 05-C-0460

### PARTIES' JOINT STIPULATION AND PROPOSED ORDER REGARDING CASE SCHEDULING

### STIPULATION

1. This Court's Order of November 10, 2005 set a series of dates triggered by this Court's issuance of its Markman Order. In its Order of May 5, 2006, this Court ordered that the pretrial conference and trial dates were cancelled, and indicated that it would set a conference to establish dates going forward in this case.

2. The parties have met and conferred, and request that this Court adopt the following amended schedule:

| | |
|---|---|
| March 19, 2007 | Opening expert reports due |
| April 19, 2007 | Responsive expert reports due |
| May 25, 2007 | Discovery cutoff |
| July 25, 2007 | Dispositive motion cutoff |
| According to Court's schedule | Pretrial conference |
| According to Court's schedule | 5-7 day trial begins |

STIPULATED AND AGREED BY:

FISHER-BARTON BLADES, INC.,

BLOUNT, INC.,
DIXON INDUSTRIES, INC., and
FREDERICK MANUFACTURING CORP.

(s) Jonathan H. Margolies
Jonathan H. Margolies
MICHAEL BEST & FRIEDRICH
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin 53202
414.271.6560

(s) Johnathan E. Mansfield
David W. Axelrod
Johnathan E. Mansfield
Christopher J. Lewis
SCHWABE, WILLIAMSON & WYATT
503.222.9981

Ronald M. Wawrzyn
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
414.271.2400

SO ORDERED AND ENTERED:

BY THE COURT:

_____
Honorable Rudolph T. Randa