## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**FISHER-BARTON BLADES, INC.,**

       Plaintiff,

   v.                          Case No. 05-C-0460

**BLOUNT, INC., DIXON INDUSTRIES, INC.,
AND FREDERICK MANUFACTURING
CORP.,**

       Defendants.

---

## VOLUNTARY DISMISSAL

---

The parties, having executed a Settlement Agreement resolving their disputes in this case, hereby voluntarily dismiss their respective claims and counterclaims, with prejudice and without costs, pursuant to Fed. R. Civ. P. Rule 41(A)(1)(a)(ii).

Dated this 4th day of January, 2010.

**MICHAEL BEST & FRIEDRICH LLP**


By:   s/ Jonathan H. Margolies
      Jonathan H. Margolies, SBN 1000452
      Katherine W. Schill, SBN 1025887
      Jacob E. Miota, SBN1055381
      100 East Wisconsin Avenue, Suite 3300
      Milwaukee, WI  53202-4108
      jhmargolies@michaelbest.com
      kwschill@michaelbest.com
      jemiota@michealbest.com

Attorneys for Plaintiff
Fisher-Barton Blades, Inc.


**SCHWABE, WILLIAMSON & WYATT, PC**


By:   s/Johnathan E. Mansfield
      Johnathan E. Mansfield
      Christopher J. Lewis
      1211 S.W. Fifth Avenue, Suite 1600
      Portland OR 97204
      jmansfield@schwabe.com
      clewis@schwabe.com

Attorneys for Defendants
Blount, Inc., Dixon Industries, Inc., and
Frederick Manufacturing Corp.